FAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 14 AM 9:50

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Christopher Isaac REBOLLEDO**<br><br>Defendant | Magistrate Docket No. '07 MJ 2897<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **December 12, 2007** within the Southern District of California, defendant, **Christopher Isaac REBOLLEDO,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **DECEMBER 2007**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

FAS

**CONTINUATION OF COMPLAINT:**
**Christopher Isaac REBOLLEDO**

## PROBABLE CAUSE STATEMENT

On December 12, 2007, Border Patrol Agent L. Barragan was conducting line watch duties along the United States/Mexico Border east of Tecate, California. This area is approximately ½ a mile east of Tecate, California Port of Entry and 1/10 of a mile north of the United States/Mexico international border. This area is commonly used by suspected illegal aliens attempting to further their entry into the United States. At approximately 9:30 PM Border Patrol Agent A. Forte, the midnight scope operator notified Agent Barragan of a group of 10 individuals who she believes have entered the United States illegally. Upon arriving and after a brief search of the designated area Agent Barragan located the group attempting to conceal themselves in some thick brush. Agent Barragan identified himself as a U.S. Border Patrol Agent and began to question them as to their citizenship. All the individuals including one later identified as the defendant **Christopher Isaac REBOLLEDO** admitted that they were citizens and nationals of Mexico and did not have in their possession any documents that would allow them to enter or remain in the United States legally. All subjects were arrested and transported to the Tecate Processing Center for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 16, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally.